UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 11 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

Z. A., a minor, by and through their parent, A.A.; et al.,

Plaintiffs - Appellees,

v.

TODD BLANCHE, Attorney General and DOJ - UNITED STATES DEPARTMENT OF JUSTICE,

Defendants - Appellants,

LUCILE PACKARD CHILDREN'S HOSPITAL STANFORD, a California nonprofit public benefit corporation,

Defendant.

No. 26-4388

D.C. No.
5:26-cv-04998-PCP
Northern District of California, San Jose

ORDER

The order filing the amicus brief on August 11, 2026 at Docket Entry No. 19 was entered in error and is vacated.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT