UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 26 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

Z. A., a minor, by and through their parent, A.A.; et al.,

Plaintiffs - Appellees,

v.

TODD BLANCHE, Attorney General and DOJ - UNITED STATES DEPARTMENT OF JUSTICE,

Defendants - Appellants,

LUCILE PACKARD CHILDREN'S HOSPITAL STANFORD, a California nonprofit public benefit corporation,

Defendant.

No. 26-4388

D.C. No.
5:26-cv-04998-PCP
Northern District of California,
San Jose

ORDER

The motion (Docket Entry No. 17) to file an oversized response to the motion to stay is granted. The motion (Docket Entry No. 6) to stay is referred to the panel assigned to decide the merits of this appeal.

The existing briefing schedule remains in effect.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT